# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
ghp@parkerhanski.com

April 30, 2023

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York

**Re:**  *Ashley Francis v. 11-52 44 Drive Inc., 61 4th Avenue, LLC and Happy Bowls of New York, Inc.*

**<u>Docket No. 1:23-cv-02485 (LGS)</u>**

Dear Judge Schofield:

We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the May 10, 2023 Initial Conference to a date in July 2023. This is the first application to adjourn. The reason for this request is because the defendants have not yet appeared by counsel in this action and plaintiff seeks to utilize the additional time to obtain an appearance by counsel on behalf of the defendants.

Plaintiff filed this action last month (on March 23, 2023) and the defendants were served on March 30, 2023 via service upon the New York State Secretary of State. Upon information and belief, there has been a significant delay by the Secretary of State in the service of process. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

/s/
Glen H. Parker, Esq.

Application **GRANTED IN PART**. The initial conference scheduled for May 10, 2023, is **ADJOURNED** to June 7, 2023, at 4:10 P.M. The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The start time is approximate but the parties shall be prepared to begin at the appointed time. Plaintiff shall serve this Order, the Complaint and the summonses as to Defendants on Defendants via Federal Express and shall file proof of service on ECF no later than **May 5, 2023**. So Ordered.

Dated: May 1, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE