UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHLEY FRANCIS,
                          Plaintiff,

          -against-                          23 Civ. 2485 (LGS)

11-52 44 DRIVE, INC., et al.,                    ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, an Order issued May 23, 2023, required Plaintiff to serve her Amended Complaint on the Defendants in this case via Federal Express and file proof of service on the docket by May 24, 2023.

       WHEREAS, no such proof of service was filed.  It is hereby

       **ORDERED** that Plaintiff shall serve the Amended Complaint on Defendants via Federal Express and file proof of service on the docket as soon as possible, and no later than **May 26, 2023**.

Dated: May 25, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE