# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:      212.248.5600
Ghp@ParkerHanski.com

May 28, 2023

Application **GRANTED**, for the reasons stated in the endorsed letter.  So Ordered.

Dated: May 30, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

<u>Via ECF</u>
The Honorable Lorna G. Schofield
United States District Judge
United States District Court
New York, New York 10007

**Re:**   *Ashley Francis v. 11-52 44 Drive Inc., 61 4th Avenue, LLC et. al.*

**Docket No. 1:23-cv-02485 (LGS)**

Dear Judge Schofield:

      We represent the plaintiff in the above-entitled action.  We write to respectfully ask the Court to vacate the obligation for plaintiff to serve the Amended Complaint on Defendants and file proof of service pursuant to Your Honor's Order of May 25, 2023.  The reason for this request because counsel who appeared for the former defendant Happy Bowls of New York, Inc. (Nicholas Ranallo, Esq.) has informed plaintiff that his firm will be accepting service on behalf of all the defendants including the new defendant Gramber LLC.  Thank you for your time and attention to this matter. With kindest regards, I am

                                  very truly yours,

                                  /s
                            Glen H. Parker, Esq.