```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ASHLEY FRANCIS,                                             :
                                    Plaintiff,              :
                                                            :   23 Civ. 2485 (LGS)
            -against-                                       :
                                                            :          ORDER
11-52 44 DRIVE INC., et al.,                                :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for June 21, 2023. On June 13, 2023, the parties filed a joint letter and proposed case management plan in advance of the conference.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the June 21, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated and rescheduled for a later date.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendants seek to file a motion to dismiss the Complaint, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED** that the parties' request for a referral for settlement discussions through the S.D.N.Y. Mediation Program is **GRANTED**.  A referral order will issue separately.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: June 15, 2023
      New York, New York

                                         LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE